AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSE LUVIN SILVA ZAMORANO | ) | Case No. |
| | ) | 3:25-mj- 1070-LLL |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 31, 2025 _____ in the county of _____ St. Johns _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nadine Merserau, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 10, 2025 @ 2:20pm

_____
*Judge's signature*

City and state: _____ Jacksonville, FL _____

Laura Lothman Lambert, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nadine Mersereau, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.      I have been a Deportation Officer for ICE since 2006 and an Immigration Enforcement Agent with ICE since 1997. I have training and experience in the enforcement of the immigration and nationality laws of the United States. Additionally, over the course of my career in law enforcement, I have received training in and have gained experience with the preparation, presentation, and service of criminal complaints and arrest warrants.

2.      On January 31, 2025, the Jacksonville Enforcement and Removal Operation (ERO) Criminal Alien Program (CAP) unit received electronic correspondence from the St. John's County Jail advising that an individual identified as Jose Luvin Silva Zamorano had been booked into the St. John's County jail located in St. Augustine, Florida, in the Middle District of Florida. According to the information provided by the jail, during the booking process SILVA ZAMORANO told officers that he was born in Mexico on a date in 1981. I ran immigration service computer checks for a person with SILVA ZAMORANO name who was born in Mexico on the date of birth provided, and

the computer checks showed no record that a citizen of Mexico with that name and date of birth had ever been legally admitted into the United States.  As a result, an ICE detainer for SILVA ZAMORANO was lodged with the St. John's County jail on January 31, 2025.

    3.    On February 4, 2025, the jail notified Jacksonville ERO CAP unit that SILVA ZAMORANO paid bond on the local charges and that he was ready to be picked up on the ICE detainer.  On February 6, 2025, SILVA ZAMORANO was administratively arrested and transported to the Jacksonville ICE office in Jacksonville, Florida for processing.  During processing, I entered SILVA ZAMORANO's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database after having been encountered by immigration authorities.  The system returned a match and reflected that SILVA ZAMORANO had been previously encountered and had been assigned an Alien Registration number ("A-number").

    4.    I then conducted additional ICE computer checks using SILVA ZAMORANO's A-number; the records reflected that SILVA ZAMORANO is a citizen of Mexico who had been previously deported or removed from the United States to Mexico on three occasions.

5.    I reviewed documents from the consolidated Alien Registration file ("A-file") for SILVA ZAMORANO.  An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien.  Documents in the A-file confirmed that SILVA ZAMORANO was previously deported or removed from the United States to Mexico on three occasions: on March 12, 2015, through Brownsville, Texas; on March 20, 2015, through Hidalgo, Texas; and on April 1, 2015, through Brownsville, Texas. The A-file contained no record that SILVA ZAMORANO had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6.    ICE Deportation Officer D. Dixon conducted a sworn interview of SILVA ZAMORANO on February 6, 2025.  After waiving his rights, SILVA ZAMORANO admitted that he is a Mexican citizen who was born in Mexico; that he last entered the United States by crossing by foot without permission near McAllen, Texas sometime in 2016; that he was previously removed from the United States; and that he did not ask for permission to re-enter the United States.

7.    Based upon the foregoing facts, I believe there is probable cause that Jose Luvin Silva Zamorano is a citizen of Mexico who has been found unlawfully

3

present in the United States without first having obtained the consent of the

Attorney General or the Secretary of the Department of Homeland Security for

the United States to apply for admission to or re-enter the United States after

having been deported or removed from the United States, in violation of Title 8,

United States Code, Sections 1326(a).


_Nadine Mersereau_

Nadine Mersereau, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida


Sworn to and subscribed before
me this _10th_ day of February,
2025.

United States Magistrate Judge

4